IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ILLUMINA, INC.,

           Plaintiff,           JUDGMENT IN A CIVIL CASE

   v.                                    Case Nos. 09-cv-277-bbc

AFFYMETRIX, INC.,

           Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Affymetrix, Inc. granting its motion for summary judgment on noninfringement. Defendant's counterclaims for invalidity are dismissed without prejudice.


By: *[signature]* Lynn Kamke, Deputy Clerk            12-16-10
Peter Oppeneer, Clerk of Court                           Date