IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ILLUMINA, INC.,

                Plaintiff,                            AMENDED
                                                      JUDGMENT IN A CIVIL CASE

      v.                                                Case Nos. 09-cv-277-bbc

AFFYMETRIX, INC.,

                Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Affymetrix, Inc. granting its motion for summary judgment on noninfringement. Defendant's counterclaims for invalidity and unenforceability are dismissed without prejudice.

 

_/s/ Peter Oppeneer_                                                3/18/11
Peter Oppeneer, Clerk of Court                         Date